**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6098**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

BILLY RAY CRAWFORD, JR.,

                Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Terry L. Wooten, Senior District Judge.  (4:05-cr-00470-TLW-1)

Submitted:  March 23, 2021                          Decided:  March 26, 2021

Before THACKER, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Billy Ray Crawford, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy Ray Crawford, Jr., appeals from the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(1)(B) and § 404(b) of the First Step Act of 2018 (FSA 2018), Pub. L. No. 115-391, 132 Stat. 5194, 5222. Crawford challenges the sufficiency of the district court's explanation for denying his motion.

The district court stated it considered the presentence report, the sentence reduction report prepared for the case, the statutory range, the range under the U.S. Sentencing Guidelines Manual, the 18 U.S.C. § 3553(a) factors, and the post-sentencing mitigation evidence. The court then declined to exercise its discretion to reduce Crawford's sentence, citing five individualized reasons relative to his offense conduct and criminal history. We conclude that the district court did not abuse its discretion in denying Crawford's motion, *see United States v. Jackson*, 952 F.3d 492, 497, 502 (4th Cir. 2020) (reviewing decision on FSA 2018 sentence reduction motion for abuse of discretion), and thus affirm the denial order, *United States v. Crawford*, No. 4:05-cr-00470-TLW-1 (D.S.C. Jan 8, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*